FILED

2026 Mar-11  PM 01:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION**

HOLLIS CLARK,

      *Plaintiff*,

    v.

FISH BEAR STUDIO, LTD,

      *Defendant*.

CIVIL ACTION NO. ___3:26-cv-00407-HDM___

**DISCLOSURE STATEMENT UNDER LOCAL RULE 3.4 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Local Rule 3.4 and Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Fish Bear Studio Ltd. in the above-captioned action certifies as follows:

1.     The general nature and purpose of Fish Bear Studio Ltd. is to operate interactive entertainment platforms.

2.     There are no parents, subsidiaries and/or affiliates of Fish Bear Studio Ltd. that has issued shares or debt securities to the public;

3.     No publicly held corporation owns 10% or more of Fish Bear Studio Ltd.

1

Dated: March 11, 2026

Respectfully submitted,

*/s/Gerald P. Gillespy*
Forrest S. Latta (LATTF0526)
Gerald P. Gillespy (GILLG3726)

**BURR & FORMAN LLP**
11 N. Water Street, Suite 22200
Mobile, AL 36602
Tel: (251) 344-5151
Fax: (251) 344-9696
Email: flatta@burr.com

420 North 20th Street
Suite 3400
Birmingham, AL 35203
Tel: (205) 251-3000
Fax: (205) 458-5100
Email: ggillespy@burr.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in the Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 11th day of March 2026.

Jeffrey L. Bowling
John A. McReynolds, IV
Evan M. Hargett
BEDFORD, ROGERS & BOWLING, P.C.
303 North Jackson Street
P.O. Box 669
Russellville, AL 35653-0669
Telephone: 256-332-2880
Jeff@rbmattorneys.com
John@rbmattorneys.com
Evan@rbmattorneys.com

John E. Norris
D. Frank Davis
Welsey W. Barnett
Dargan M. Ware
DAVIS & NORRIS LLP
Telephone: 205-930-9900
Facsimile: 205-930-9989
jnorris@davisnorris.com
fdavis@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

/s/ Gerald P. Gillespy
*Counsel for Defendant*